STATE OF NEW JERSEY v. DONALD MAYFIELD.

Oct. 4, 1979. Petition for certification denied.

HARRY TROAST v. UNIROYAL, INC.

Oct. 4, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID L. GODGE.

Oct. 4, 1979. Petition for certification denied.

EMILE DE SANTO v. NICHOLAS BABINO.

Oct. 4, 1979. Petition for certification denied. (See 168 *N.J.Super.* 582).

KENNETH LUDVIKSEN v. NORTH ARLINGTON BOARD
OF EDUCATION.

Oct. 4, 1979. Petition for certification denied.

RHEO FILION v. NEW JERSEY RACING COMMISSION.

Oct. 4, 1979. Petition for certification denied.